IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| DANNY FLORES, #1824094 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:14cv775 |
| TEXAS DEPT. OF CRIMINAL JUSTICE | § | |

## ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore directly assigned to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). Flores' motion to proceed *in forma pauperis* (docket entry #3) is **DENIED**. Flores may resume the lawsuit if he pays the full filing fee of $400 and provides proof that he has paid the $50 in sanctions imposed by the Southern District of Texas within thirty days of the issuance of the Final Judgment. It is finally

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 24th day of November, 2014.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**